UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61292-RKA

JEREMY BLUMENAUER, individually :
and on behalf of all others similarly situated, :
                                                :
        Plaintiff, :
                                                :
  v. :
                                                :
PETLAND, INC., :
                                                :
        Defendant. :
_____ :

**DEFENDANT, PETLAND, INC.'S RULE 7.1 DISCLOSURE**
**STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant, Petland, Inc. ("Petland"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Rule 7.1 Disclosure Statement and Certificate of Interested Parties, and states as follows:

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, Petland, by and through its undersigned counsel, hereby certifies that it is not a publicly traded company, and that there is no publicly traded corporation owning 10% or more of Petland.

**Certificate of Interested Parties**

The following persons and/or entities may have a financial interest in the outcome of this matter:

    1.    Petland, Inc.;

2

2. The law firm of Stumphauzer, Foslid, Sloman, Ross & Kolaya, PLLC, as counsel of record for Petland, Inc.;

3. Plaintiff, Jeremy Blumenauer; and

4. The Law Office of Jibrael S. Hindi, PLLC, as counsel of record for Plaintiff, Jeremy Blumenauer.

Date: July 3, 2019

Respectfully submitted,

STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC
2 South Biscayne Boulevard
Suite 2550
Miami, FL  33131
Telephone:  (305) 371-9686
Facsimile:   (954) 290-4865

By: /s/ *Ian M. Ross*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
ADAM M. FOSLID
Florida Bar No. 0682284
afoslid@sfslaw.com
TIMOTHY A. KOLAYA
Florida Bar No. 056140
tkolaya@sfslaw.com
docketing@sfslaw.com

*Attorneys for Defendant, Petland, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         */s/ Timothy A. Kolaya*
                                         TIMOTHY A. KOLAYA

### SERVICE LIST
*Blumenauer v. Petland, Inc.*
**Case No. 0:19-cv-61292-RKA**
**United States District Court, Southern District of Florida**

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
**LAW OFFICE OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street
Fort Lauderdale, FL  33301
Telephone: (954) 907-1136
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff, Jeremy Blumenauer*