# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:19-cv-61292-RKA

| | |
|---|---|
| JEREMY BLUMENAUER, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : : |
| PETLAND, INC., | : : |
| Defendant. | : : : |

## DEFENDANT, PETLAND, INC.'S NOTICE OF
## PENDING, REFILED, RELATED OR SIMILAR ACTION

Defendant, Petland, Inc. ("Petland"), pursuant to Rule 3.8 of the Southern District of Florida Local Rules and Section 2.15.00 of the Court's Internal Operating Procedures, hereby files this Notice of Pending, Refiled, Related or Similar Actions, and states as follows:

Petland provides notice to the Court of the following pending, related, and similar action, which involves subject matter that is similar to and/or a material part of the subject matter of this action: *Fenwick v. Florida Pet Retailers, Inc. and Pooches of Pines, Inc. d/b/a Petland Pembroke Pines*, Case No. 0:19-cv-61080-MORENO (S.D. Fla.).

(*Signature Page Follows*)

Date: July 3, 2019

Respectfully submitted,

STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC
2 South Biscayne Boulevard
Suite 2550
Miami, FL  33131
Telephone:  (305) 371-9686
Facsimile:   (954) 290-4865


By:     /s/ *Ian M. Ross*
          IAN M. ROSS
          Florida Bar No. 091214
          iross@sfslaw.com
          ADAM M. FOSLID
          Florida Bar No. 0682284
          afoslid@sfslaw.com
          TIMOTHY A. KOLAYA
          Florida Bar No. 056140
          tkolaya@sfslaw.com
          docketing@sfslaw.com

*Attorneys for Defendant, Petland, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 */s/ Timothy A. Kolaya*
                                                  TIMOTHY A. KOLAYA

### SERVICE LIST
*Blumenauer v. Petland, Inc.*
**Case No.  0:19-cv-61292-RKA**
**United States District Court, Southern District of Florida**

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
**LAW OFFICE OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street
Fort Lauderdale, FL  33301
Telephone: (954) 907-1136
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff, Jeremy Blumenauer*