## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-61292-CIV-ALTMAN/Hunt

**JEREMY BLUMENAUER**,

      Plaintiff,

v.

**PETLAND, INC.** and **POOCHES OF PINES, INC.** d/b/a **PETLAND PEMBROKE PINES**,

      Defendants.

_____/

### ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On July 3, 2019, counsel from Petland, Inc. filed a Notice of Pending, Refiled, Related or Similar Actions ("Notice") [ECF No. 9]. The Notice indicated that a case based on the same alleged misconduct by the same defendant—Pooches of Pines, Inc.—and numbered 19-cv-61080, was filed before United States District Judge Federico A. Moreno on April 29, 2019. *See id.* On July 12, 2019, Judge Moreno granted the Defendant's Motion to Stay in that case, pending an FCC ruling that would clarify the definition of an automated telephone dialing system. *See* Case No. 19-cv-61080 July 12, 2019 Order [ECF No. 13]. Given that the two proceedings involve substantially similar facts and parties, the Court hereby

**ORDERS** the parties to **SHOW CAUSE**, by **July 26, 2019**, and in no more than **three pages**, why this case should not likewise be stayed and administratively closed pending the FCC's anticipated ruling.

Because Pooches of Pines has not yet appeared in this action, the Plaintiff is directed to provide a courtesy copy of this Order, by e-mail and within two business days, to Pooches of Pines' counsel in case number 19-cv-61080-FAM.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of July 2019.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record