UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61292-CIV-ALTMAN/Hunt

JEREMY BLUMENAUER,

    Plaintiff,
v.

PETLAND, INC. and POOCHES OF
PINES, INC. d/b/a PETLAND
PEMBROKE PINES,

    Defendants.
_____/

**POOCHES OF PINES, INC.'S NOTICE OF APPEARANCE
& RESPONSE TO ORDER TO SHOW CAUSE**

Defendant Pooches of Pines, Inc. ("Pooches") hereby enters an appearance through undersigned counsel (also counsel of record in the first filed *Fenwick* matter currently stayed by Judge Moreno). Pooches was served with the Amended Complaint on July 17, 2019 with a response deadline of August 7, 2019.

Pooches also responds herein to the July 19, 2019 Order to Show Cause [D.E. 13]. The first filed *Fenwick* action is materially identical to this lawsuit – same potential class, same text message sent, same marketing process used, etc. The only difference is that here the franchisor, Petland, Inc., was sued. The franchisor was not sued in *Fenwick*. (Pooches denies all liability, but nevertheless also believes the franchisor is not a proper party to this lawsuit at all). Pooches intended to file here an identical motion to stay as the one filed and granted by Judge Moreno in *Fenwick*. It would be expensive, inconsistent and judicially inefficient for the first case to be stayed but the second, identical case to not be stayed.

For the reasons stated above, Defendant Pooches of Pines, Inc. (i) requests that the case be stayed and administratively closed for the same reasons as *Fenwick* and (ii) requests that it not be required to file any response to the Amended Complaint until the stay is lifted.

Respectfully submitted,

/s/ Matthew Sarelson
Matthew S. Sarelson, Esq.
Florida Bar No. 888281
Kaplan, Young & Moll-Parrón
600 Brickell Avenue, Suite 1715
Miami, Florida 33131
Telephone: (305) 330-6090
Email: msarelson@kymplaw.com
