UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61292-CIV-ALTMAN/Hunt

JEREMY BLUMENAUER,

    Plaintiff,

v.

PETLAND, INC. and POOCHES OF
PINES, INC. d/b/a PETLAND
PEMBROKE PINES,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** comes before the Court upon the parties' responses to the Court's Order to Show Cause [ECF No. 13].

The Court is mindful of the Plaintiff's position that staying this case is unnecessary. At the same time, the Court is aware that a nearly-identical putative class action is pending against this very same Defendant (Pooches of Pines) before the Honorable Federico A. Moreno (numbered 19-cv-61080-FAM). Judge Moreno, of course, has stayed that case pending the FCC's ruling on the definition of an automated telephone dialing system, and the Court is concerned that proceeding with this case—especially in light of the identity of the issues between the two cases—would unfairly prejudice the interests of the first-filed, putative class pending before Judge Moreno.

Accordingly, the Court hereby

**ORDERS** that this case is **STAYED**. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the substantive rights of any of the parties. The parties may move to reopen the case at any time. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of July 2019.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record