UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61292-CIV-ALTMAN/Hunt

JEREMY BLUMENAUER,

    *Plaintiff*,

v.

PETLAND, INC. and POOCHES OF
PINES, INC. d/b/a PETLAND
PEMBROKE PINES,

    *Defendants*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Plaintiff's Voluntary Dismissal with Prejudice [ECF No. 19]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of July 2020.

                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record